IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH ZAPPIA and KAREN ZAPPIA, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. 19-1950-CFC |
| GTX INCORPORATED, | ) ) ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this 10th day of November, 2020, plaintiffs having filed a motion for this case to be dismissed without prejudice and no response having been filed;

IT IS ORDERED that the plaintiffs' motion (D.I. 9) is granted and the case is dismissed without prejudice.

_____
United States District Judge